Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

_____ Division

United States Courts
Southern District of Texas
**FILED**

DEC 2 9 2025

Nathan Ochsner, Clerk of Court

Brandon Carr
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Air Methods
Tony Hunt
Casey Minor
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  ☐ Yes  ☐ No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### I. The Parties to This Complaint

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Brandon Carr
Street Address: 3000 Greenridge dr
City and County: Houston  Harris County
State and Zip Code: Texas 77057
Telephone Number: 832-871-8069
E-mail Address: Brandoncarr3395@gmail.com

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

### C. Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

Name: Air methods
Street Address: 5500 South Quebec Street Suite 300
City and County: Greenwood Village CO
State and Zip Code: CO 80111
Telephone Number: 303-792-7400

*I worked remote*

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Other federal law *(specify the federal law)*:

☐ Relevant state law *(specify, if known)*:

☐ Relevant city or county law *(specify, if known)*:

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

### IV. Exhaustion of Federal Administrative Remedies

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

B. The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter.

☑ issued a Notice of Right to Sue letter, which I received on *(date)* __9/30/25__

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐ 60 days or more have elapsed.

☐ less than 60 days have elapsed.

### V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

After being terminated, I lost everything I had. My home, my car, everything. I am currently homeless due to all of this. At one point I was living in a shelter, I have went into debt. Also under therapy and doctor care. I am asking that they pay my salary loss & damages for physical & mental. My salary was 87,000 a year.



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Denver Field Office**

950 17th Street, Suite 300
Denver, CO 80202
Intake Information Group: (800) 669-4000
Intake Information Group TTY: (800) 669-6820
Denver Direct Dial: (720) 779-3610
FAX (303) 866-1085
Website: www.eeoc.gov

Brandon D. Carr
3000 Greenridge Dr. #1819
Houston, TX 77057

RE: Charge No. 541-2023-02377
Brandon D. Carr v. Air Methods

Dear Brandon D. Carr:

This letter is to inform you that the processing of your charge of employment discrimination in the above referenced matter has been completed. The Equal Employment Opportunity Commission (EEOC) is issuing you a Notice of Right to Sue.

On November 25, 2023, you filed a charge of discrimination alleging you were discriminated against because of your race, sex and in retaliation for opposing discrimination, in violation of the Title VII of the Civil Rights of 1964, as amended.

Based on our review of the available evidence, there is insufficient information to show that you were treated differently because of your sex or race, in that there was insufficient evidence to show that others, not of your protected class, were or would have been treated more favorably.

In view of these facts, it is unlikely that further investigation of your charge will result in a finding that a violation of the law under which you filed your charge has occurred. For that reason, we have closed your file.

Enclosed you will find a Dismissal Notice of Right to Sue and, an Information Sheet which describes your right to pursue the matter in court by filing a lawsuit within 90 days of your receipt of the dismissal notice. This 90-day period for filing a private lawsuit cannot be waived, extended, or restored by EEOC.

I regret that we cannot be of further assistance to you in this matter.

Sincerely,

Tiffany Brown
Federal Investigator   09/30/2025



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Denver Field Office**

950 17th Street, Suite 300
Denver, CO 80202
Intake Information Group: (800) 669-4000
Intake Information Group TTY: (800) 669-6820
Denver Direct Dial: (720) 779-3610
FAX (303) 866-1085
Website: www.eeoc.gov

Brandon D. Carr
3000 Greenridge Dr. #1819
Houston, TX 77057

RE:   Charge No. 541-2023-02377
      Brandon D. Carr v. Air Methods

Dear Brandon D. Carr:

This letter is to inform you that the processing of your charge of employment discrimination in the above referenced matter has been completed. The Equal Employment Opportunity Commission (EEOC) is issuing you a Notice of Right to Sue.

On November 25, 2023, you filed a charge of discrimination alleging you were discriminated against because of your race, sex and in retaliation for opposing discrimination, in violation of the Title VII of the Civil Rights of 1964, as amended.

Based on our review of the available evidence, there is insufficient information to show that you were treated differently because of your sex or race, in that there was insufficient evidence to show that others, not of your protected class, were or would have been treated more favorably.

In view of these facts, it is unlikely that further investigation of your charge will result in a finding that a violation of the law under which you filed your charge has occurred. For that reason, we have closed your file.

Enclosed you will find a Dismissal Notice of Right to Sue and, an Information Sheet which describes your right to pursue the matter in court by filing a lawsuit within 90 days of your receipt of the dismissal notice. This 90-day period for filing a private lawsuit cannot be waived, extended, or restored by EEOC.

I regret that we cannot be of further assistance to you in this matter.

Sincerely,

Tiffany Brown
Federal Investigator   09/30/2025

Statement

I demonstrated my technical knowledge and problem-solving skills throughout the interview, showcasing my ability to troubleshoot and resolve issues effectively. Hunt seemed impressed with my background and experience, and I was offered the position shortly after the interview.

During my time at Verizon, I continued to expand my knowledge and skills in IT and cybersecurity. I worked on various projects and collaborated with colleagues to ensure the security and functionality of our systems. I also pursued additional certifications to further enhance my expertise in the field.

In February 2022, I decided to resign from Verizon to pursue new opportunities and further advance my career in IT and cybersecurity. I am excited about the future and eager to continue growing and learning in this ever-evolving industry.

Overall, my experience at Verizon and UMUC has provided me with a strong foundation in IT and cybersecurity, and I am confident in my ability to excel in any role within this field. I am grateful for the opportunities I have had and look forward to what my future holds.

Mr. Hunt's requirements for the job included tasks related to location drops, networking equipment, and potentially job training within the new department. Your ability to successfully carry out these tasks, understand the job requirements, and adapt to the new environment without formal training showcases your expertise and agility in the field.

The first time was me being in Nashville Tennessee airport Mr. Hunt grabbed my dreadlocks referring to my hair. I felt VIOLATED. At that time I asked him to not touch me again. From there we went to a location that was east of Nashville to do a site survey and just change a router. That is when the conversation began to get worse. Mr Hunt started yelling out questions similar to 1 plus 1. Basic math and I didn't answer them in time and he told me you have dyslexia. I was shocked that he would comment. After that, he began to tell me the school system on the East Coast is not as good as his. I told him I didn't answer them quickly because you are starting to scare me, and I was in the middle of nowhere.

He began to ask me personal questions about my deceased father. I'm currently still recovering from his loss and I told hunt I do not want to talk about my personal life. He began to say does not believe in Jesus Christ and how African Americans *make mistakes and then want to cry to GOD about them. I asked again for him to please steer away from the conversation. the following day he told me he had a conversation with his sister who lives in North Carolina about me and said he wanted to apologize for saying I have dyslexia.

It is essential to have personal boundaries in place to protect yourself from unwanted and inappropriate behavior in the workplace, as I have experienced with Mr. Hunt. Setting boundaries is a healthy and necessary way to establish limits on how others can treat you and interact with you.

Grief recovery is a deeply personal and sensitive process, and others need to respect your need for space and privacy during this time. It is unacceptable for someone to bring up personal and painful topics, especially in a disrespectful or insensitive manner.

down the road and that 7 pm is the cut-off time usually. He was referring to me being in a sundown town. I ran out of the location because I was done with my work. Immediately I told Mr. Hunt of these occasions and he made jokes saying "What's wrong did I see two white guys standing outside playing bongjozys" he then laughed about the situation.

From this point on I did not feel safe anymore. Once I started to come to him with issues that's when he had a target on me to make my exit. The other situation I had was with Casey in St. Louis. Another gentleman by the name of Casey Cunningham who is a manager called Casey I was with. Casey Minor answered the phone by speaker. Cunningham asked where were were located at the time. Casey Minor explained to him that we were on the rough side of St Louis. The manager Casey Cunningham told Casey Minor "Aaww you'd be okay you have Brandon with you I'm sure he's familiar ". At this point, Casey Minor disconnected the call and tried to apologize to me saying sorry you had to hear that and kept driving.

In Woodbine NJ- We were also trying to fix a router that was placed in the mechanic's office I had clear instructions which I followed. It was a simple port forwarding which I've done since 2013. I explained to Mr Hunt and Casey Minor that the port forwarding is not working after following clear instructions. I called Casey around 7 pm and explained he began to tell me that I was stupid it was not hard and I needed to wake up. I explained to him everything. Come to find out the instructions that Casey gave me were INCORRECT & it was off a number. During that time the mechanic and pilot in 2022 overhead both Tony Hunt and Casey Minor talk to me this way. The mechanic also told me that he was sorry I had to deal with that. Before leaving I had teared up because I left my job to get further in life and at this moment I left my job after 10 years to come here and be treated this way it felt like a nightmare.

situation to him, but he seemed unsympathetic and dismissive of my health issues.

It was clear to me that Mr. Hunt was not interested in hearing my side of the story and was more focused on finding fault with my work. I felt unfairly targeted and frustrated by the lack of understanding and support from my superior.

Despite the difficult meeting, I tried to remain professional and composed, but it was disheartening to be criticized in such a manner while I was going through a challenging time. I left the meeting feeling discouraged and unsure of how to address the situation moving forward.

My day would start at 7 am and wouldn't end sometimes not until midnight. All of my work was posted but Mr hunt made clear in an email that if I couldn't finish everything the week that I was working from home was to be the week I finished remediations.

At the time I recorded all of my work that was done. Mr hunt told me either sign his write ups or I lost my job. I couldn't believe I was being forced to sign false documents. Since I was unable to speak with anyone I reached out for help on the outside. At this point, I knew Mr hunt was trying to release me. He even made comments telling me to quit. All I knew to do was to make sure I did all of my work. Which I've done. And Document everything.

One thing I noticed is that Mr. Hunt treated me and PAUL SADDY VERY POORLY while the others he treated with the utmost respect. All others on our team that Mr hunts directly dealt with were Caucasian. Even during meetings I never disrespected Mr Hunt although I know he

me. Casey was not welcoming and began to ignore me for assistance. For example the previous Case in Woodbine NJ Casey asked me if I was stupid on the phone in front of other employees.

In April 2022 Mr. Hunt had a conversation with me because he was upset that the font that was chosen was in blue, and not in black. that's what you begin to ask me did I have a random issue because the font was in blue. Mr. Hunt was never available throughout my year with the companies to assist if I asked for him or help with his or Casey's minor it was always an issue or they never answered. The only people that I could count on for assistance with Paul Saddy, Melissa Blum, and Mr. Rick.

I reached out to Mr. Hunt because again I traveled 90% to ask and tell him that I was stuck in a city but once I called the number that was listed to him, someone picked up and answered you have the wrong number. From that point, I was never able to physically talk to Mr. Tony Hunt anymore only through teams if he decided to answer.

Me and Mr. Hunt had a meeting and just was a follow-up about the sites that I went to and the last meeting that we had which was probably in the middle of 2022. I began to lay out all the sites that I went to not within three minutes of me talking he decided to say stop I don't wanna do this he seemed very upset I couldn't figure out why. I had every site survey laid out the way he wanted it. But it just seems nothing I did was good enough for him. He mention he doesn't like the way I talk. He began to say again I can't do this right now And just hung up from that point on we never again had any more 1 on 1 coaching or meetings. I felt hunt had a very strong hate for me.

In your report, you stated that site surveys take a few hours to do. You also have to be aware that Tony was very aware so on with the rest of

he sees me. That would explain for oral presentation and grammar because Tony was going behind me changing things that I had already done within Microsoft Teams, which was making me look very bad to people who were higher up, looking at site surveys. To add about grammar Microsoft Teams has an edit portion on all Word documents which I've used countless times and made it correct 100% on spelling and grammar. Tony Hunt also has seen those documents and was pleased with those documents, he even gave me the ok to post them.

While in Florida I pretty much travel the whole state of Florida to do approximately 13 to 15 site surveys throughout that time I start my day at 7 AM and sometimes I would t finish until midnight from driving of that nature. Most of those locations were closing so no remediation was needed to be done. Tony was very aware of that and also knew that there was no need for remediation. Either the site was closing or the location was changing, for example, I can recall there was a site I believe in Irveness or Irving, Florida, and Minera, Florida.

In conclusion, I have verbally stated the fact that I was discriminated against for sex, religion, and color. Mr. Hunt had a plan and his plan was against me. Tony wanted me out of the company and has shared that with another employee. It hurts me that Tony would make claims to say that it was for performance, but in March 2023 when I did my end-of-year performance looking at the goals that were stated that you needed to have to succeed in your title I completed I wrote my performance and saw the targets that were needed, and I exceeded the actual target. Mr. Hunt also states that I was not completing any of the actual work, but I was written up and let go of a title when the same person who shares the same title as me had not completed anything on certain site surveys but never was written up or reprimanded or fired or terminated from his duty. I am referencing Mr. Minor, Tony Hunt's best friend. For example, for some sites I did I needed to go in teams and reference about a site I would go back and look, and the person that was there was Casey Minor but NO SITE SURVEY OR REMEDIATION OR SOMETIMES PICTURES were done. When I would reach out to Tony he would say oh

I have been employed with Verizon Communications since 2013. My work with the company was very outstanding so the claims that Air Methods is claiming are false. Too many times people have been treated this way by management in this company and this is unfair. I've had several employees witness the treatment of me. I've even had several different area managers write emails on how pleased they were with my work but Tony never responded to them or mentioned anything to me about their statements. In San Antonio TX, New Jersey, and Florida I was advised to be aware of my manager and document any issues from Pilots, RNs, and some area managers.


Tony has also made me aware that he is leaving this company then in 2022 after 2-3 years to move overseas with his partner in Vietnam. It seems once he stated that he became very careless with his words and his actions. By all means touching someone's hair is assault/ battery it's a crime that was recorded through Nashville Tennessee Airport. From that point on I reached out to HR and never had any assistance and I began to document everything that took place after. Also began the process with help outside of AIR METHODS CORPORATION. I pray that the abuse, harassment, and discrimination do not ever have to happen to anyone again employed with air methods.


Sincerely,

Brandon D. Carr